1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

**IN RE: SUBPOENA ADDRESSED TO SINE DRACO AVIATION TECHNOLOGY, LTD.**

**PRECISION AIRCRAFT SOLUTIONS, LLC,** an Oregon limited liability company**, and 321 PRECISION CONVERSIONS, LLC** an Oregon limited liability company**,**

Plaintiffs,

vs.

**MICHAEL SCOTT,** an individual,

Defendant.

Case No. 2:19-mc-00107-RSL

ORDER GRANTING STIPULATED MOTION TO TRANSFER

16

17

18

19

20

21

22

23

24

25

26

This matter comes before the Court on the parties' stipulated motion to transfer.

Dkt. # 5. The underlying action is pending in the United States District Court for the

District of Oregon, and plaintiffs, who issued the subpoena, do not object to transfer

under Fed. R. Civ. P. 45(f).

It is therefore ORDERED that the Clerk of Court shall transfer this matter to the

United States District Court for the District of Oregon

Dated this 20th day of August, 2019.

Robert S. Lasnik
United States District Judge